

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR -3 2023

ARTHUR JOHNSTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## THAD COCHRAN UNITED STATES COURTHOUSE

3:23-cv-226-DPJ-FKB

Michelle Hudson Hale

    Plaintiff

        VS—

City, County & State Of Jackson, Mississippi

    Defendant

Thad Cochran United States Courthouse

## DEMAND JURY TRIAL

Complaint

DISCRIMINATION

# UNITED STATES DISTRICT COURTHOUSE
## THAD COCHRAN U.S. COURTHOUSE

Plaintiff(s),    **Michelle Hudson Hale,**

Defendant(s).    **The City, County & State, of Jackson Mississippi.**

PROOF/VENUE

**JURISDICTION- Florida Statutes Chapter 447. Section 507 2021-(1).**

This action has been brought in the County in which venue is proper, pursuant to Chapter 47, Florida Statutes.

**JURISDICTION- Florida Statutes Chapter 447. Section 507 2021-(1).**

**A.    Michelle Hudson Hale, 11717 N. 14th Street, Tampa 33612 Write In Candidate President Election 2024. 786 259-5326. Plaintiff-      Citizen United States Ameica**

**B.    The City, County & State, of Jackson Mississippi. 219 President Street Jackson, MS, 39201. 601 960-1035, 228 769-3088 Governments together working in bodies that provide laws and legislation for the citizens of the city, of Jackson, Mississippi and all areas of the Mississippi Region.**

Jurisdiction/ Venue Proper
As Defendant operates and does business
In the State, and in the City Of Jackson,
Mississippi.

As well as Venue exists when the action
Is commenced in or for the County where
Defendant does business.

## C.                                          Complaint


## DISCRIMINATION


## D.                                          CAUSE OF ACTION


Mississippi Code 25-9-171 (2018) (a)

25-9-171 thru 25-9-177

Mississippi Code Title 25

Chapter 9. (@) ABUSE-. Acting in a

Arbitrary and Capricious manner that

adversely affects the accomplishment of

Function of any city government agency

Allowing actions that are designed to

Prohibit black men or women from

Participating in that activity of whom black

Men and women have been omitted. In this

Situation blacks are target and intentionally

Left out of bodies that will userp all

Legislative & judicial as well as Police

authority designed to arrest and imprison

And disrupt current laws and political

Process that for centuries have been

designed to oppress, take equity,

regentrify, & steal property of one,

Destroying livelyhood and quality of life for

2

Black women and men residing in Jackson, Mississippi, and every city within the United States Of America. Such acts Unconditional in nature.

Black men and women have no way to Provide investigation services regarding Alleged crimes and misdemeanors because There exists a white majority only Committee appointed.  There are no black Employees appointed to date.  Such acts Are Unconstitutional.

Myself, as well as the people of Jackson, Mississippi want blacks on these boards, Commissions, departments and agencies To assist in oversight of all activity Within  Jackson County that does not Exist and thus causes violations and Remedy for the following counts:

# 1.

Count I

Violation Of Mississippi Code 25-9-171(2018)(a) 25-9-177 Mississippi Code, Title 25 Chapter 9(a) Abuse.& Apply evey part of "Cause Of Action"-. And each detail which

supports elimination of black men And women &  exclusionary practices that Helped with implementation and passing of the  HB 1020.

3

**2.**    COUNT II

Violation Of Title VI  Civil Rights Act 1964

Prohibition of Intentional Discrimination

Against a individual or race.

Apply every part of  "Cause Of Action", and

Every detail that supports elimination of

Black men and women and exclusionary

Practices that helped with implementation

And passing of HB 1020.

RELIEF

One Billion Dollars minimum and

More to pay every one affected by

This injustice that was allowed to

Exist within the state of Mississippi

And surrounding areas that causes

Physical and Mental Anguish resulting from

Such reckless actions caused by the

Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the MEC system which sent notification of such filing to the following:

Further, I hereby certify that I have mailed by United States Postal Service the document to the following

This the _16_ day of _March_, 20_23_

Name

# The City, County & State, of Jackson Mississippi.

## 219 President Street  Jackson,MS,  39201.
## 601 960-1035.  228  769-3088

_Mantof fralty_

_Track # 3595 9218 7949 96_

I hereby swar all statements

Found in this COMPLAINT, to be true

And correct.....

Name

Dated this 17 day of March 2023

Seal Of Notary

DONALD LYNN SMITH
Notary Public-State of Florida
Commission # HH 117669
My Commission Expires
April 15, 2025

5